IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY Smm D.C.

05 NOV 30 AM 11: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

EFREM WARD

CR. NO. 05-20388-B

ORDER ON ARRAIGNMENT

This cause came to be heard on __11-30-05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __R. Aldin__   ADDRESS _____
_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____The defendant, who is not in custody, may stand on his/her present bond.
__✓__The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Gould
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g);

Attorney assigned to Case: E. Gilluly

Age: 27

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20388 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT