FILED BY ____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 12 PM 4: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITES STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-20388-B |
| EFREM WARD, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE REPORT DATE

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the report date currently set for Wednesday, December 21, 2005 until _Thursday, January 12, 2006 @ 2:00pm_.

The time under the Speedy Trial Act is excluded

It is so **ORDERED**, this the _12th_ day of December, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20388 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT