IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>05-20388-B</u> |
| EFREM WARD, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO EXTEND TIME
## TO RESPOND TO MOTION TO SUPPRESS

**IT IS HEREBY ORDERED** that the Government's Motion to Extend Time to Respond to Motion to Suppress is hereby **GRANTED**, and is now reset for _February 6, 2006_, with time excluded under the Speedy Trial Act. _The January 12, 2006 Suppression Hearing is vacated and will be re-set by the Court at a later date._

**IT IS SO ORDERED** this the _20th_ day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: _12-20-05_

Approved: _____
E. Greg Gilluly, Jr.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-20-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20388 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT